ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Superior Construction Company ) ASBCA No. 61272
)
Under Contract No. H92237-11-C-0701 )

APPEARANCE FOR THE APPELLANT: Mr. Atiqi Mahboobullah
Vice President

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Capt Justin D. Haselden, USAF
Trial Attorney

ORDER OF DISMISSAL

By Order dated 12 September 2017, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response, appellant indicated that it had not submitted a claim to a contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer. By Order dated 15 September 2017, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 5 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61272, Appeal of Superior Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals